UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

COUNTY WASTE AND RECYCLING SERVICE, INC.,

                          Plaintiff,

-against-

CARPENTER RECYCLING AND WASTE, LLC and ERIC CARPENTER,

                          Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Civil Case No. 1:15-CV-1100 (FJS/CFH)

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against all parties pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: Albany, New York
        June 10, 2016

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Plaintiff

By:   s/Peter A. Lauricella
       Peter A. Lauricella, Esq.
       677 Broadway, 9th floor
       Albany, New York 12207
       518-449-8893

Dated: Troy, New York
        June 10, 2016

Martin Shudt Wallace DiLorenzo & Johnson
Attorneys for Defendants

By:   s/ Robert L. Adams
       Robert L. Adams, Esq.
       258 Hoosick Street, Suite 201
       Troy, New York 12180
       518-272-6565

IT IS SO ORDERED:

_[signature]_

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: June 14, 2016
       Syracuse, NY

1224283v.1